OPINION — AG — A WATER DISTRICT CREATED UNDER THE PROVISIONS OF THE RURAL WATER DISTRICTS ACT OF 1963 IS A COOPERATIVE, NON PROFIT, MEMBERSHIP CORPORATION WITHIN THE PURVIEW OF 71 O.S. 1961 401 [71-401](A)(5); AND THAT ANY SECURITIES ISSUED BY SUCH DISTRICT ARE EXEMPTED FROM SECTIONS 301 AND 402 OF THE OKLAHOMA SECURITIES ACT. CITE: 71 O.S. 1961 701 [71-701], 71 O.S. 1961 1302 [71-1302], 82 O.S. 1961 1311 [82-1311] [82-1311], 18 O.S. 1961 421-436 [18-421] — [18-436], 18 O.S. 1961 432 [18-432](3), 82 O.S. 1961 1310 [82-1310] (JAMES FUSON)